CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 0 7 2010

JOHN F. CORCORAN, CLERK
BY:
 /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KENNETH EDWARD BARBOUR,<br>　　Plaintiff, | Civil Action No. 7:10-cv-00248 |
| v. | **ORDER** |
| INDUS VALLEY CIVILIZATION, et al.,<br>　　Defendants. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g); it is

**CERTIFIED** that an appeal of this order would not be taken in good faith, pursuant to 28 U.S.C.

§ 1915(a)(3); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to plaintiff.

　　**ENTER**: This 7th day of July, 2010.

　　　　　　　　　　　　　　　　　　　　　/s/ James C. Turk
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge